Case: Estate of Jevon Boney v. City of Amarillo, Officer Isaiah Williams, et al.

Court: U.S. District Court, Northern District of Texas – Amarillo Division

**1** Civil Rights Complaint and Jury Demand (42 U.S.C. §1983)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS – AMARILLO DIVISION

Estate of Jevon Boney, by and through [Your Name], Plaintiff

v.

City of Amarillo, Texas; Officer Isaiah Williams, individually; John Doe Officer #1, individually; John Doe Officer #2, individually, Defendants

**CIVIL RIGHTS COMPLAINT AND JURY DEMAND**

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §1983.

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Supplemental jurisdiction exists over Texas state law claims under 28 U.S.C. §1367.

4. Venue is proper in this District under 28 U.S.C. §1391(b) because all events occurred in Amarillo, Potter County, Texas.

## II. PARTIES

5. Plaintiff is the Estate of Jevon Boney, deceased, by and through [Your Name], lawful representative.

6. Defendant City of Amarillo, Texas is a municipal corporation responsible for Amarillo Police Department policies, training, supervision, and discipline.

7. Defendant Officer Isaiah Williams was at all relevant times a sworn police officer acting under color of state law. He is sued in his individual capacity.

8. Defendant John Doe Officer #1 was a sworn Amarillo police officer who discharged multiple rounds during the incident. Identity to be substituted when discovered.

9. Defendant John Doe Officer #2 was a sworn Amarillo police officer participating in the incident. Identity to be substituted when discovered.

## III. STATEMENT OF FACTS

10. On or about January 9, 2025, Amarillo police officers responded to a call involving Jevon Boney at a residence in Amarillo, Texas.

11. At the time of the officers' arrival, civilians were present in the residence, none of whom posed a threat to officers.

12. Jevon Boney was not actively threatening officers or others with deadly force.

13. Defendant Officer Isaiah Williams discharged his firearm, fatally shooting Jevon Boney.

14. Defendant John Doe Officer #1 discharged multiple rounds into and around the occupied residence.

15. John Doe Officer #1 knew or should have known that firing multiple rounds created a substantial risk of death or serious injury to innocent occupants.

16. Officers failed to use reasonable de-escalation tactics or less-lethal alternatives.

17. Jevon Boney died as a direct result of the officers' actions.

18. Officers failed to provide timely and adequate medical aid.

19. The City of Amarillo has withheld body-worn camera footage and investigative records, limiting transparency and accountability.

20. The criminal investigation into the shooting was closed without charges.

21. Defendants' conduct was unreasonable, reckless, and unconstitutional.

**IV. CAUSES OF ACTION**

**Count I – Excessive Force (Fourth Amendment, 42 U.S.C. §1983)**

- Against Officer Isaiah Williams and John Doe Officers
- Objectively unreasonable use of deadly force

**Count II – Reckless Endangerment / Excessive Force (42 U.S.C. §1983)**

- Against John Doe Officer #1
- Fired multiple rounds into an occupied home with deliberate indifference

**Count III – Municipal Liability (Monell Claim, 42 U.S.C. §1983)**

- Against City of Amarillo

- Failure to train, supervise, discipline, and maintain safe policies

### Count IV – Wrongful Death (Texas Law)

- Against Officers and City (as allowed)

### Count V – Negligence (Texas Law)

- Against John Doe Officer #1
- Reckless discharge of firearm in occupied home

## V. DAMAGES

Plaintiff seeks:

- Compensatory damages
- Pain and suffering
- Emotional distress
- Loss of life and companionship
- Punitive damages (against Officers individually)
- Attorneys' fees and costs under 42 U.S.C. §1988
- Pre- and post-judgment interest

## VI. JURY DEMAND

Plaintiff demands a trial by jury.

## VII. PRAYER FOR RELIEF

Plaintiff requests judgment against Defendants, jointly and severally, and all relief the Court deems just and proper.

Jenna Price

731

Fort Collins Co 80526

Jennasueann@icloud.com

1/15/2025

Plaintiff: Estate of Jevon Boney, by [Your Name]

Defendants: City of Amarillo, Officer Isaiah Williams, John Doe Officers

Jurisdiction: Federal Question

Nature of Suit: 440 Civil Rights

Origin: Original Proceeding

Cause of Action: 42 U.S.C. §1983 – Excessive Force / Wrongful Death

Jury Demand: Yes

Signature & Date: *Jenna Price*   1-16-2026

